**2/5/2014**                    **WEDNESDAY**                          **Judge Trish M Brown**

**09:00 AM**        ■ **09-30477  tmb  13**    **David Harold Sutton   and   Leann Marie Sutton**

                                       **Continued Hearing on Motion to Dismiss Case . Filed by Trustee Wayne Godare (Godare, Wayne) (44)**

David Harold Sutton - db        ✓GEORGE  HOSELTON

Leann Marie Sutton - db

Wayne Godare - tr *Jack Fisher*

**Evidentiary Hearing:     Yes:** ☐ **No:** ☑

*Rec'd escrow proceeds*
*w/D on the record*

Order to be prepared by:      ☐ clerk's office    ☐ chambers    ☐ _____

DOCKET ENTRY:

**Run Date:  2/5/2014**